FLORENCE GREISS, as Administratrix of the Estate of LOUIS GREISS, Deceased, Respondent-Appellant, v. ROYAL NATIONAL BANK et al., Respondents, and HARRY WEINBERG, Appellant.—

Hopkins, Acting P. J., Latham, Christ, Brennan and Benjamin, JJ., concur.